SA/JC: USAO 2023R00364

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** TDC23CR381 |
| | * | |
| **SAMUEL SWEELEY,** | * | **(Involuntary Manslaughter,** |
| | * | **18 U.S.C. §§ 7 and 1112(b); Driving** |
| **Defendant** | * | **Under the Influence of Alcohol,** |
| | * | **36 C.F.R. § 4.23; Reckless Driving,** |
| | * | **36 C.F.R. § 4.2, Assimilating Md.** |
| | * | **Transp. Art. § 21-901.1(a); Speeding,** |
| | * | **36 C.F.R. § 4.21(c))** |
| | * | |

*******

### INDICTMENT

### COUNT ONE
### (Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

### SAMUEL SWEELEY,

on lands within the special maritime and territorial jurisdiction of the United States, did

unlawfully kill Victim One in the commission of an unlawful act not amounting to a felony, to

wit: (1) operating a motor vehicle while under the influence of alcohol to a degree that rendered

the defendant incapable of safe operation and while the alcohol concentration in his blood was

0.08 grams or more of alcohol per 100 milliliters of blood, in violation of 36 C.F.R. § 4.23;

(2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of

persons and property, in violation of 36 C.F.R. § 4.2, assimilating Md. Transp. Art.

§ 21-901.1(a); and (3) speeding, in violation of 36 C.F.R. § 4.21(c).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

## COUNT TWO
### (Driving Under the Influence of Alcohol)

The Grand Jury for the District of Maryland further charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

### SAMUEL SWEELEY,

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation and while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

## COUNT THREE
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

**SAMUEL SWEELEY**,

on lands administered by the National Park Service, did drive a motor vehicle in a manner that

indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

## COUNT FOUR
### (Speeding)

The Grand Jury for the District of Maryland further charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

**SAMUEL SWEELEY,**

on lands administered by the National Park Service, did unlawfully operate a motor vehicle at a

speed in excess of the posted speed limit.

36 C.F.R. § 4.21(c)

*Erek L. Barron SA*

Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: _10 - 26 - 23_