IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC23CR381 |
| | * | |
| SAMUEL SWEELEY | * | (UNDER SEAL) |
| | * | |
| Defendant | * | |
| | * | |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Shabnam Aryana, Assistant United States Attorney, for said District, moves this Honorable Court for an order sealing the **Indictment and Arrest Warrant** in the above-captioned matter for the following reason: fear of flight.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Shabnam Aryana
Assistant United States Attorney

**ORDERED** as prayed, this 26th day of October 2023.

_____
Hon. Timothy J. Sullivan
United States Magistrate Judge