AO 442 (Rev. 11/11) Arrest Warrant                                                                 SA/mp USAO # 2023R00364

# UNITED STATES DISTRICT COURT
for the
District of Maryland



USDC- GREENBELT
'23 NOV 2 PM 2:06

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| SAMUEL SWEELEY | ) | Case No. TDC23CR381 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SAMUEL SWEELEY

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Involuntary manslaughter, in violation of 18 U.S.C. § 1112(b)
Driving under the influence of alcohol, in violation of 36 C.F.R. § 4.23
Reckless driving, in violation of 36 C.F.R. § 4.2, assim. MTA § 21-901.1(a)
Speeding, in violation of 36 C.F.R. § 4.21(c)

Date: October 26, 2023

*Issuing officer's signature*

City and state:   Greenbelt, Maryland

Honorable Timothy J. Sullivan, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/1/23, and the person was arrested on *(date)* 11/1/23
at *(city and state)* Greenbelt, MD

Date: 11/1/23

*Arresting officer's signature*

Chris Cannizzaro, DUSM
*Printed name and title*