

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: TDC 23-CR-00381-1 |
| Defendant | * | |

\* \* \* \* \* \* \*

## APPEARANCE

Please enter my appearance as counsel for the Defendant in the above-captioned case.

_____
CHARLES L. WAECHTER, ESQUIRE
1435 Sulphur Spring Road, 1st Floor
Baltimore, Maryland 21227
(410) 242-4745
waechterlaw@comcast.net
I.D.:8512010635

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of __November__, 2023, a copy of the foregoing was mailed, postage prepaid, to:

United States Attorney, District of Maryland
Shabnam Aryana
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

_____
CHARLES L. WAECHTER, ESQUIRE