**earthsmart**
FedEx carbon-neutral envelope shipping



TRK# 0215 8729 3380 3903

18 GB0A

WED - 08 NOV AA
STANDARD OVERNIGHT
DSR
20770
MD-US
BWI

RT 669  7  17:00  A
FZ  3903  11.08

5820389 07Nov2023 BWIA 581G5/F0B2/C0B8

---

**FedEx US Airbill**
Express

FedEx Tracking Number: 8729 3380 3903

This portion can be removed for Recipient's records.
FedEx Tracking Number: 872933803903

Phone _____

[sender info redacted]

State ___ ZIP ___

Internal Billing Reference _____

Phone _____

HOLD Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.
HOLD Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Deliver to P.O. boxes or P.O. ZIP codes.

State ___ ZIP ___

8729 3380 3903

---

Form ID No. 0215    Recipient's Copy

**4a Express Package Service**    *To most locations.    Packages up to 150 lbs.

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**    **To most locations.    Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**    *Declared value limit $500.

☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods? One box must be checked.

☐ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required    ☐ Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

**7 Payment** Bill to:

☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages ___ Total Weight ___ lbs    Credit Card Auth. ___  605

Rev. Date 2/10 • Part #158279 • ©1994-2010 FedEx • PRINTED IN U.S.A. SRS

Align bottom of peel-and-stick airbill or pouch here.