

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: TDC 23-CR-00381-1 |
| Defendant | * | |

\* \* \* \* \* \* \*

### DEFENDANT'S REQUEST FOR DISCOVERY

Defendant respectfully requests discovery pursuant to Rule 12(b)(3)(E) and Rule 16 of the Federal Rules of Criminal Procedure.

_____
CHARLES L. WAECHTER, ESQUIRE
1435 Sulphur Spring Road
Baltimore, Maryland 21227
410-242-4745
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of November, 2023, a copy of the foregoing was mailed, postage prepaid, to:

United States Attorney's Office
Shabnam Aryana
District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

_____
CHARLES L. WAECHTER, ESQUIRE