LAW OFFICES OF

# CHARLES L. WAECHTER

1435 Sulphur Spring Road
First Floor
Baltimore, Maryland 21227

410-242-4745

Fax 410-242-4764
Email: waechterlaw@comcast.net
Website: waechterlawfirm.com

Belair 410-838-8891
Ocean City 410-250-5297
Annapolis 410-267-6267

USDC- GREENBELT
'23 NOV 8 AM 11:02

November 7, 2023

United States District Court for The District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770
Attn: Clerk of the Court

    Re:    <u>United States of America vs. Sanuel Sweeley</u>
           Case No.: TDC23-CR-00381-1

Dear Sir/Madam Clerk:

    Enclosed please find an Entry of Appearance, Demand for Discovery to be filed with reference to the above-captioned matter. Would you kindly file same accordingly.

    If you should have any questions, please feel free to contact me at your convenience.

                              Respectfully,

                              Charles L. Waechter

CLW:ah
cc: Asst. U.S. Attorney
Enclosures