FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

11/8/2023

CLERK'S OFFICE
GREENBELT
BY H.E. DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-23-381** |
| | * | |
| **SAMUEL SWEELEY,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | **\*\*\*\*** | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Shabnam Aryana, Assistant United States Attorney for said District, moves this Honorable Court for an order to unseal the Indictment in Criminal No. TDC-23-381. The Defendant has made an initial appearance and been notified of the charges in this case, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Court issue an Order to unseal the Indictment and all other documents filed in this action until further order of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Shabnam Aryana
Assistant United States Attorney

It is so **ORDERED** this ___8___ day of November 2023.

_____
The Honorable Ajmel A. Quereshi
United States Magistrate Judge