IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: 8:23-cr-00381-TDC |
| Defendant | * | |

\* \* \* \* \* \* \*

## MOTION TO EXTEND DEADLINE FOR DEFENSE FILING MOTIONS

Now Comes, Defendant Samuel Sweeley, by and through his attorney CHARLES L. WAECHTER, ESQUIRE, with consent of United States Attorney Shabnam Aryana, hereby requests that the Motions Deadline in the above-captioned matter be extended, and as grounds therefore says as follows:

1.  That the Motions Deadline in the above-captioned case is on November 29, 2023. Defense Counsel is requesting that this deadline be extended as the Government is in the process of providing any/all Discovery to Defense Counsel.

2.  That as a result of the Open Discovery issues, Defense Counsel is not prepared at this juncture to file specific Motions in this matter on or before November 29, 2023.

3.  That United States Attorney Shabnam Aryana, has no objections to an extension in this matter.

Respectfully submitted,

CHARLES L. WAECHTER, ESQUIRE
1435 Sulphur Spring Road, 1st Floor
Baltimore, Maryland 21227
(410) 242-4745   waechterlaw@comcast.net
I.D.:8512010635

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this __27th__ day of __November__, 2023, a copy of the foregoing was electronically filed, to:

United States Attorney, District of Maryland
Shabnam Aryana
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770

            _____
            CHARLES L. WAECHTER, ESQUIRE