IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: Case No.: 8:23-cr-00381-TDC |
| Defendant | * | |

\* \* \* \* \* \* \*

## MOTION TO EXTEND DEADLINE
## FOR DEFENSE FILING MOTIONS

**Ordered,** for reasons set forth in the Motion to Extend Deadline For Defense Filing Motions.

**It is so Ordered,** that the Deadline of November 29, 2023, be extended to Defense Counsel for Filing Motions.

**Signed this** _____ day of November, 2023

_____
UNITED STATES DISTRICT JUDGE