UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL SWEELEY,<br><br>Defendant. | Criminal Action No. TDC-23-0381 |

### ORDER

Pursuant to the Court's findings during the Telephone Status Conference of December 6, 2023, it is hereby ORDERED that:

1. The Request for Discovery, ECF No. 12, and the Motion to Extend Deadline for Defense Filing Motions, ECF No. 17, are **DISMISSED AS MOOT**.

2. Another Telephone Status Conference is scheduled from **Wednesday, January 17, 2024 at 9:30 a.m**. Instructions for that conference call will be docketed separately.

Date: December 6, 2023



THEODORE D. CHUANG
United States District Judge