UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

v.                          *       Case No. TDC-23-0381

SAMUEL SWEELEY,             *

Defendant.                  *

*******

## ORDER

Having found that the parties are engaged in discovery and that the parties are exploring potential pretrial resolution, which would preserve judicial resources and also would be of benefit to both parties.

And that good and sufficient cause having been shown—and taking into account the public interest in the prompt disposition of criminal cases—it is hereby

**ORDERED**, for the reasons set forth in the Motion, which is incorporated herein, that the Motion is **GRANTED**; and it is further

**ORDERED**, the time period of December 22, 2023, to January 17, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161 (h)(7).

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may

in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated: December 15, 2023

THEODORE D. CHUANG
United States District Judge