UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL SWEELEY,<br><br>Defendant. | Criminal Action No. TDC-23-0381 |

## ORDER

During the Telephone Status Conference of January 17, 2023, the Court set another Telephone Status Conference for **Tuesday, February 20, 2024 at 2:30 p.m.** Instructions for that conference call will be docketed separately.

Date: January 17, 2024

THEODORE D. CHUANG
United States District Judge