IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-23-381 |
| | * | |
| SAMUEL SWEELEY, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## CONSENT MOTION TO CONTINUE SENTENCING

For the following reasons, the United States of America, with the consent of the defendant, Samuel Sweeley ("Defendant"), moves this Court for an order continuing the sentencing in the above-captioned case to July 23, 2024, at 9:30 a.m.

1. On October 27, 2023, the Defendant was indicted for Count One, involuntary manslaughter, in violation of 18 U.S.C. §§ 7 and 1112(b); Count Two, driving under the influence of alcohol; Count 3, reckless driving; and Count Four, speeding.

2. On February 29, 2024, the Defendant entered a guilty plea as to Counts One and Two, involuntary manslaughter and driving under the influence of alcohol. The guilty plea was entered pursuant to a plea agreement. ECF Nos. 30-31.

3. The Defendant is presently scheduled to be sentenced on June 18, 2024, at 2:30 p.m. However, undersigned counsel, who was previously the second chair in the case, is now lead counsel. As a result, undersigned counsel would respectfully request a new sentencing date, in order to accommodate a scheduling conflict and allow additional time to prepare.

4. Counsel for the Defendant has indicated to undersigned counsel that the Defendant consents to this motion.

1

WHEREFORE, the Government moves this Court for an order continuing sentencing to July 23, 2024, at 9:30 a.m. A proposed order is attached for the Court's convenience.

          Respectfully submitted,

          Erek L. Barron
          United States Attorney

By:   */s/ Joel Crespo*
      Joel Crespo
      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-23-381** |
| | * | |
| **SAMUEL SWEELEY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

******

## **ORDER**

For good cause shown upon the motion of the United States of America dated May 7, 2024, namely that newly appointed lead counsel for the Government has a scheduling conflict and will need additional time to prepare, it is hereby ORDERED this _____ day of May 2024, that sentencing in the above-captioned shall be continued to **July 23, 2024, at 9:30 a.m**.

_____
THE HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Continue Sentencing, as well as the proposed order, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/
Joel Crespo
Assistant United States Attorney