IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-23-381 |
| | * | |
| SAMUEL SWEELEY, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

For good cause shown upon the motion of the United States of America dated May 7, 2024, namely that newly appointed lead counsel for the Government has a scheduling conflict and will need additional time to prepare, it is hereby ORDERED this 8th day of May 2024, that sentencing in the above-captioned shall be continued to **July 23, 2024, at 9:30 a.m.**

_____
THEODORE D. CHUANG
United States District Judge