IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SAMUEL SWEELEY | * | Case No.: TDC 23-CR-00381-1 |
| Defendant | * | |

\* \* \* \* \* \* \*

## WITNESS LIST FOR DEFENSE

Now Comes, Defendant Samuel Sweeley, by and through his attorney CHARLES L. WAECHTER, ESQUIRE, list the following witnesses as follows:

1. Samuel Sweeley

2. Reverend Monsignor Brother John W. Sweeley

The duration of time for said witnesses is approximately 20 minutes in total.

Respectfully submitted,

_____
CHARLES L. WAECHTER, ESQUIRE
1435 Sulphur Spring Road, 1st Floor
Baltimore, Maryland 21227
(410) 242-4745
waechterlaw@comcast.net
I.D.:8512010635

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __29th__ day of __May__, 2024, a copy of the foregoing were filed through the Electronic Case Filing system and will be sent electronically to;

Joel Crespo, Assistant United States Attorney
United States Attorney's Office
District of Mayland

_____
CHARLES L. WAECHTER, ESQUIRE