**Gmail**

Sam Sweeley <samuelsweeley@gmail.com>

---

## Character Statement for Samuel Sweeley:
1 message

**Kent Williams** <kentmwilliams1201@gmail.com>  Thu, Feb 29, 2024 at 8:20 PM
To: Sam Sweeley <samuelsweeley@gmail.com>

Sorry for the delay my friend.

I've had the privilege of knowing Samuel Sweeley for over 15 years, and in that time, he has consistently exhibited qualities that truly set him apart. Samuel has been the primary caregiver for his father, especially after the recent passing of his mother. Despite the emotional toll this has undoubtedly taken, Samuel's unwavering commitment to his family's well-being has remained steadfast.

Samuel isn't just a friend; he's more like a brother. His loyalty, support, and genuine care for those around him are unparalleled. He's the kind of person you can always rely on, no matter the circumstances.

Beyond his family responsibilities, Samuel is incredibly active in our community. Whether it's volunteering at local events, organizing fundraisers, or simply lending a helping hand to those in need, Samuel is always at the forefront, leading by example.

One of Samuel's most admirable traits is his willingness to help others better themselves. He goes out of his way to offer support, guidance, and encouragement to anyone striving for improvement. His selflessness knows no bounds, and his actions speak volumes about his character.

Despite his busy schedule, Samuel remains dedicated to his academic pursuits. He's currently pursuing a doctorate, demonstrating his commitment to personal and intellectual growth. His dedication to his studies reflects his drive for excellence and his desire to make a meaningful impact in his field.

In summary, Samuel Sweeley is a remarkable individual who embodies the qualities of compassion, integrity, and selflessness. His devotion to his family, his active involvement in the community, and his unwavering support for others make him a truly exceptional person. Samuel's character serves as an inspiration to us all, reminding us of the importance of kindness, generosity, and empathy in our lives.