*Anne Arundel Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

## STATUS REPORT

April 19, 2024

Charles L. Waechter, Esquire – Attorney and Counselor at Law

Dear Mr. Waechter:

This report is in reference to Mr. Samuel Sweeley, a client you are representing.   We have been given written consent to provide you with information concerning assessments this office provided and the progress of Mr. Sweeley as he matriculates through our program.

Please recall from our previous correspondence in February of 2024 that Mr. Sweeley was assessed utilizing the DSM-V Alcohol Checklist, a Bio-Psychosocial Assessment, the Drug Abuse Screening Test, DART-10, a Substance Abuse Subtle Screening Inventory, SASSI and the Addiction Severity Index.  As a result of the arrest and the severity of the charges, it was recommended he attend the state approved six-month treatment program, remain abstinent and submit to urine specimen requests.

Mr. Sweeley is doing well completing nineteen of the twenty six recommended sessions.  We continue to be pleased with his participation and level of motivation and interest in the program content.  As we mentioned earlier, with the severity of Mr. Sweeley's charges he has been a positive spokesperson to the rest of our group members, reminding them how fortunate they are not to be facing
the serious consequences that he is dealing with.  Additionally, he expresses remorse and regret over the situation he is facing and the suffering he has caused to the family members and friends of the victim at every session.

Thank you for this referral and your help with Mr. Sweeley.

Sincerely,

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) – 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

STATUS REPORT

April 19, 2024

Erin Thumma, Unites States Parole and Probation, Pretrial Services

Dear Ms. Thumma:

This report is in reference to Mr. Samuel Sweeley, a client you are supervising in Pretrial Services.   We have been given written consent to provide you with information concerning assessments this office provided and the progress of Mr. Sweeley as he matriculates through our program.

Please recall from our previous correspondence in February of 2024 that Mr. Sweeley was assessed utilizing the DSM-V Alcohol Checklist, a Bio-Psychosocial Assessment, the Drug Abuse Screening Test, DART-10, a Substance Abuse Subtle Screening Inventory, SASSI and the Addiction Severity Index.  As a result of the arrest and the severity of the charges, it was recommended he attend the state approved six-month treatment program, remain abstinent and submit to urine specimen requests.

Mr. Sweeley is doing well completing nineteen of the twenty six recommended sessions.  We continue to be pleased with his participation and level of motivation and interest in the program content.  As we mentioned earlier, with the severity of Mr. Sweeley's charges he has been a positive spokesperson to the rest of our group members, reminding them how fortunate they are not to be facing
the serious consequences that he is dealing with.  Additionally, he expresses remorse and regret over the situation he is facing and the suffering he has caused to the family members and friends of the victim at every session.

Thank you for your help with Mr. Sweeley.

Sincerely,

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office
410-768-5988 (p) - 410-768-5989 (f) — www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

STATUS REPORT

February 27, 2024

Charles L. Waechter, Esquire – Attorney and Counselor at Law

Dear Mr. Waechter:

This report is in reference to Mr. Samuel Sweeley, a client you are representing.   We have been given written consent to provide you with information concerning assessments this office provided and the progress of Mr. Sweeley as he matriculates through our program.

Mr. Sweeley was assessed utilizing the DSM-V Alcohol Checklist, a Bio-Psychosocial Assessment, the Drug Abuse Screening Test, DART-10, a Substance Abuse Subtle Screening Inventory, SASSI and the Addiction Severity Index.  As a result of the arrest and the severity of the charges, it was recommended he attend the state approved six-month treatment program, remain abstinent and submit to urine specimen requests.

Mr. Sweeley agreed with the recommendations and joined our state approved program.  He has completed thirteen of the twenty-six session commitment and is in full compliance with all program requirements.  We have been pleased with his participation and level of motivation and interest in the program content.  Mr. Sweeley is attentive, motivated and adds good insight to the discussions. In addition, with the severity of his charges, he has been a positive role model for his peers during group sessions.  We enjoy having him in our program.

TOPIC AREAS INCLUDED IN TREATMENT:

Orientation and Consequences – discussions of the arrest and consequences of their decision to drive while impaired.

How relationships in one's life, family systems, and school/work career have been affected due to the use/abuse of substances.

Drinking and Substance Use Driver Patterns/Characteristics – Role playing utilizing the Road To Recovery game to understand patterns and characteristics of offenders who drive under the influence of alcohol and other mood altering substances and discussed personal obstacles and strategies to overcome those obstacles.

The Addicted Brain/BAC Information – Reviewed literature on "The Addicted Brain" and discussed program and personal goals regarding substance use and abuse.  Reviewed BAC charts.



*Anne Arundel Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

Alcohol and the Body/Effects of Use/Abuse – Topical film "Alcohol and it's Effects".

The Human Body/Long & Short-Term Effects – Round Robin discussion regarding various homework assignment articles on the effects of alcohol and other drugs on the human body.

Disease Concept of Addiction – Group will view MTV production on the Concept of the Addiction to Substances that Constitutes a Disease Diagnosis.

Slips/relapse/High Risk Situations – questionnaire lesson on identifying and coping with high risk situations.

Alcoholism/Drug Addiction in the Family – discussion on family and alcoholism. Enabling and co-dependency issues within the family structure.

Open Sharing – Each group member shared their learning experience while attending the program and their goals to prevent future problems with substance use/abuse.

Relapse Prevention & Planning – Discussed support needed to maintain low risk for future re-offending and ways of preventing the escalation of abusive behaviors by seeking out support systems and groups such as 12-step programs.

Enclosed for your review is Mr. Sweeley's Diagnostic Summary.

Thank you for this referral and your help with Mr. Sweeley.

Sincerely,

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216



*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) – 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

---

## DIAGNOSTIC SUMMARY

February 27, 2024

Charles L. Waechter, Esquire
1435 Sulpher Spring Road
Baltimore, Maryland 21227

CLIENT NAME:  Samuel H. Sweeley

VITAL STATISTICS:

Mr. Sweeley is a 33-year old single black male.  He resides at 6317 Park Heights Avenue, Baltimore, Maryland 21225.  The interview was conducted via Tele-Health at Glen Burnie, Maryland.

EDUCATION/EMPLOYMENT BACKGROUND:

Mr. Sweeley has completed 18-years of schooling.  He graduated from Doris M. Johnson High School, Baltimore, Maryland and continued his education at the University of Phoenix earning a bachelor's and master's degree receiving an MBA.  He is furthering his education in lieu of a doctorate degree.  He is employed with Baltimore City Public Schools as a 10th 11th and 12th grade teacher.  Mr. Sweeley has been with this employer for 3-months and stated he loves his work and is doing well there.  His previous employer was Giant Foods as a district specialist for 15-years.  No other education or employment history reported.

FAMILY HISTORY/SUPPORT SYSTEM:

Mr. Sweeley has never married.  His father John Sweeley is 80-years of age and reported to be in good health.  His mother is deceased at 78-years of age, cardiac arrest.  He has two siblings, Warren Sweeley 33 and, Kun-Sun 37-years of age, both in good health.  Mr. Sweeley stated that none of his family members have a history of substance dependence, medical or mental health issues.  He reported receiving good support from his family.  He also stated he has close friends who are supportive.  No other family or support systems noted.

MEDICAL HISTORY:

Insignificant.



**Anne Arundel Counseling**
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

---

PYCHIATRIC HISTORY:

Insignificant.


HOMICIDAL/SUICIDAL:

No thoughts, gestures or ideation's reported now or in the past.


CURRENT LEGAL HISTORY:

On September 4, 2022 while driving home Mr. Sweeley reported having an accident with another vehicle. The driver of the other vehicle did not survive the accident. Mr. Sweeley was subsequently charged with vehicular manslaughter. No further legal issues discovered in this 33-year old client's lifetime.


PERCEIVED STRENGTHS/LIMITATIONS:

Strengths:    A good son and brother; advocator; hard worker; determined; a good teacher.

Limitations: "I need to make better decisions at times".


MENTAL HEALTH ASSESSMENT:

Mr. Sweeley appeared his stated age. He was within normal limits in height and weight. His clothing was casual type, neat and clean. His physical health appeared good. Psychomotor Behavior revealed a normal gait and posture erect. His attitude towards interviewer was pleasant. His affect appropriateness was within normal limits. In the area of intellect performance, he added and multiplied small numbers with above average speed. When asked what an apple and orange have in common, he stated, "fruits". When asked what a table and chair have in common, he stated, "they go together". In the area of Fund of Knowledge, when asked to name five large cities he was able to name them with above average speed. He was oriented to person, place and time. His short and long-term memory appeared intact. In the area of speech, his amount, clarity, level, pressure, rate, rhythm and volume were within normal limits. In the area of thought content, he was within normal range, with no delusional thinking noted.

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) — www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

DIAGNOSTIC SUMMARY:

Mr. Sweeley was evaluated utilizing the Addiction Severity Index, a Bio-Psychosocial Assessment and the Substance Abuse Subtle Screening Inventory, (SASSI) and, the Drug Abuse Screening Inventory, DAST. Even though no substance dependency issues were discovered, as a result of his arrest and the severity of the charges. it was recommended he attend a 6-month state approved alcohol treatment program, remain abstinent and submit to random urine specimen requests.

PREPARED BY:

Charles J. Walsh, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

## STATUS REPORT

November 29, 2023

Charles L. Waechter, Esquire – Attorney and Counselor at Law

Dear Mr. Waechter:

This report is in reference to Mr. Samuel H. Sweeley, a client you ae representing. We have been given written consent to provide you with information concerning assessments this office provided and the progress of Mr. Sweeley as he matriculates through our program.

Mr. Sweeley was evaluated utilizing the DSM-V Alcohol/Drug Checklist, a Bio-Psychosocial Assessment, the Substance Abuse Subtle Screening Inventory, SASSI and the Addiction Severity Index. As a result of Mr. Sweeley's evaluation and his arrest, it was recommended he attend a 26-session Maryland State approved alcohol treatment program, remain abstinent and submit to random urinalysis requests.

Mr. Sweeley agreed with the recommendations and joined our state approved program. He is doing well at this early date of his commitment and is in full compliance with all program requirements. We have been pleased with his participation and level of motivation and interest in the program content. He is attentive, motivated and adds good insight to the discussions. We enjoy having him in our program

TOPIC AREAS INCLUDED IN TREATMENT:

Orientation and Consequences – discussions of the arrest and consequences of their decision to drive while impaired.

How relationships in one's life, family systems, and school/work career have been affected due to the use/abuse of substances.

Drinking and Substance Use Driver Patterns/Characteristics – Role playing utilizing the Road To Recovery game to understand patterns and characteristics of offenders who drive under the influence of

alcohol and other mood altering substances and discussed personal obstacles and strategies to overcome those obstacles.

The Addicted Brain/BAC Information – Reviewed literature on "The Addicted Brain" and discussed program and personal goals regarding substance use and abuse. Reviewed BAC charts.



*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office
410-768-5988 (p) • 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

Alcohol and the Body/Effects of Use/Abuse – Topical film "Alcohol and it's Effects".

The Human Body/Long & Short-Term Effects – Round Robin discussion regarding various homework assignment articles on the effects of alcohol and other drugs on the human body.

Disease Concept of Addiction – Group will view MTV production on the Concept of the Addiction to Substances that Constitutes a Disease Diagnosis.

Slips/relapse/High Risk Situations – questionnaire lesson on identifying and coping with high risk situations.

Alcoholism/Drug Addiction in the Family – discussion on family and alcoholism. Enabling and co-dependency issues within the family structure.

Open Sharing – Each group member shared their learning experience while attending the program and their goals to prevent future problems with substance use/abuse.

Relapse Prevention & Planning – Discussed support needed to maintain low risk for future re-offending and ways of preventing the escalation of abusive behaviors by seeking out support systems and groups such as 12-step programs.

Enclosed for your review is Mr. Sweeley's diagnostic summary.

Thank you for this referral and all your help with Mr. Sweeley.

Sincerely,

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) – 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

DIAGNOSTIC SUMMARY

November 29, 2023

Charles L. Waechter, Esquire
1435Sulpher Spring Road
Baltimore, Maryland 21227

CLIENT NAME: Samuel H. Sweeley

VITAL STATISTICS:

Mr. Sweeley is a 32-year old single black male.  He resides at 6317 Park Heights, Maryland 21215.
The interview was conducted Anne Arundel Counseling via Tele-Health, Glen Burnie, Maryland.

EDUCATION/EMPLOYMENT BACKGROUND:

Mr. Sweeley has completed 16-years of schooling.  He reported no learning disabilities now or in the
past.  He graduated from Doris M. Johnson High School, Baltimore, Maryland and continued his
education at the University of Phoenix, Phoenix, Arizona earning a bachelor's of science degree in
business.  He is continuing his education pursuing a doctorate degree.  Mr. Sweeley is employed with
the Baltimore City Public Schools as a high school teacher.  He has been with this employer for 2-
months.  His former employer was Giant Foods as a district specialist, front end operations for 15-
years.  No other education or employment history reported.

FAMILY HISTORY/SUPPORT SYSTEM:

Mr. Sweeley has never married.  His father, John Sweeley is 80-years of age and reported to be in good
health.  His mother is deceased at 78-years of age, cardiac arrest.  He has two siblings, Warren
Sweeley 33 and, Kun-Sun 37-years of age, both in good health.  Mr. Sweeley stated that none of his
family members have a history of medical, mental health or substance abuse problems.  He reported
receiving good support from his family.  He also has close friend and associates who are supportive.
No other family or support systems noted.

MEDICAL HISTORY:

Insignificant.

*Anne*
*Arundel*
*Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office
410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

PSYCHIATRIC HISTORY:

Insignificant.

HOMICIDAL/SUICIDAL:

No thoughts, gestures or ideation's reported now or in the past.

LEGAL HISTORY:

Mr. Sweeley reported while driving home he had an accident and was charged with vehicular homicide, a DUI and related traffic charges. No other legal history discovered in this 32-year old client's lifetime.

PERCEIVED STRENGTHS/LIMITATIONS:

Strengths:   A good son and brother; an advocator; hard worker; determined; a good teacher.

Limitations: "I need to make better decisions at times".

MENTAL HEALTH ASSESSMENT:

Mr. Sweeley appeared his stated age. He was within normal limits in height and in weight. His clothing was casual type, neat and clean. His physical health appeared good. Psychomotor Behavior revealed a normal gait; a firm handshake and posture erect. His attitude towards interviewer was pleasant. His affect appropriateness was within normal limits. In the area of intellect performance, he added and multiplied small numbers with above average speed. When asked what an apple and orange have in common, he stated, "fruits". When asked what a table and chair have in common, he stated, "they go together". In the area of Fund of Knowledge, when asked to name five large cities he was able to name them with above average speed. He was oriented to person, place and time. His short and long-term memory appeared intact. In the area of speech, his amount, clarity, level, pressure, rate, rhythm and volume were within normal limits. In the area of thought content, he was within normal range, with no delusional thinking noted.



*Anne Arundel Counseling*
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office

410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

**DIAGNOSTIC SUMMARY:**

Mr. Sweeley was evaluated utilizing the Addiction Severity Index, a Bio-Psychosocial Assessment, the Drug Abuse Screening Test, DART-10 and the Substance Abuse Subtle Screening Inventory, (SASSI). As a result of the evaluation outcomes and Mr. Sweeley's arrest, it was recommended he enroll in a state approved 26-session alcohol treatment program.

**RECOMMENDATIONS:**

26-Session state approved alcohol treatment program.
Submit to random urine specimen requests while attending the program.
Remain abstinent from all mood-altering substances.

**PREPARED BY:**

Charles J. Walsh, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216