IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. TDC-23-0381** |
| | * |
| **SAMUEL SWEELEY,** | * |
| | * |
| **Defendant.** | * |
| | * |
| | ****** |

## ORDER

Upon motion of the Government, and for the reasons stated in said motion, it is hereby ORDERED this ____ day of _____, 2024, the exhibits to the government's sentencing memorandum be sealed.

_____
The Honorable Theodore D. Chuang
United States District Judge