IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-23-381 |
| | * | |
| SAMUEL SWEELEY, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S MOTION TO SEAL PROPOSED SEALED DOCUMENT

The United States of America, by undersigned counsels, hereby respectfully move this Honorable Court for an Order sealing the accompanying proposed sealed document (witness list).

The exhibit contains information of a distinctly personal nature, as displayed therein, including sensitive information that is not appropriate for public disclosure. Accordingly, sealing is appropriate, and no reasonable alternatives to sealing are available.

The government will send copies of all documents via e-mail to counsel for the defendant on the date listed on the certificate of service, below.

WHEREFORE, the government respectfully requests that the proposed sealed document accompanying this motion be sealed until further notice.

                                               Respectfully Submitted,

                                               Erek L. Barron
                                               United States Attorney

By:               /s/              
                                               Shabnam Aryana
                                               Joel Crespo
                                               Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, on July 9, 2024.

By: _____/s/_____
Shabnam Aryana
Joel Crespo
Assistant United States Attorneys