IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-23-0381 |
| | * | |
| SAMUEL SWEELEY, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ****** | |

## ORDER

Upon motion of the Government, and for the reasons stated in said motion, it is hereby ORDERED this ____ day of _____, 2024, the Witness List be sealed.

_____
The Honorable Theodore D. Chuang
United States District Judge