# CERTIFICATE OF COMPLETION

This certificate is awarded to

## SAMUEL H. SWEELEY

in recognition of your successful completion of the 26-hour Maryland State Certified Alcohol Treatment Program



Anne Arundel Counseling
MD STATE CERTIFIED

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
Therapist

JULY 03, 2024
DATE