

Redwood Toxicology Laboratory, Inc.
3650 Westwind Blvd., Santa Rosa, CA 95403
Abbott   Phone 707-577-7959 // 800-255-2159 Fax: 707-577-0365
www.redwoodtoxicology.com

Laboratory Directors: Jasbir S. Arora, Ph.D.; Henry Tsai, M.D., Ph.D.
CLIA License # 05D0707588

**Identification:** SAM SWEELEY
**DOB:**
**Sex:**
**Collected by:** LINDA NESLEIN
**Collected:** 06/24/2024  00:00 AM
**Received:** 07/02/2024  4:44 PM
**Reported:** 07/02/2024  9:37 PM

**Account #:** 15568
**Requisition #:**
**Accession #:** 240702-08912
**Specimen Type:** Urine

**Client:** Anne Arundel Counseling
7310 Ritchie Hwy, Suite 1009
Suite 1009
GLEN BURNIE, MD 21061
Phone: (410)768-5988
Fax: (410)768-5989

## Summary

- NEGATIVE

## Tests Ordered

- R53 - Urine 9 Panel
  ALC,AMP,BAR,BZO,COC,CR,OPI,PCP,THC

## Drug Tests

| Drug or Drug Class | Screen Method | Cutoff | Result | Confirmation Method | Cutoff | Result |
|---|---|---|---|---|---|---|
| Alcohol (Ethanol) | EA | 0.04 g/dL | Negative | | | |
| Amphetamines | EIA | 1000 ng/mL | Negative | | | |
| Barbiturates | EIA | 200 ng/mL | Negative | | | |
| Benzodiazepines | EIA | 200 ng/mL | Negative | | | |
| Cocaine (Benzoylecgonine) | EIA | 300 ng/mL | Negative | | | |
| Opiates | EIA | 300 ng/mL | Negative | | | |
| Phencyclidine (PCP) | EIA | 25 ng/mL | Negative | | | |
| THC (Marijuana) | EIA | 50 ng/mL | Negative | | | |

## Specimen Validity Tests

| Test | Method | Reference Range | Result |
|---|---|---|---|
| Creatinine | Colorimetric | ≥20 mg/dL | 58.3 mg/dL |

**Comments:**

**Method Index**
EA - Enzyme Assay
EIA - Enzyme-Immunoassay
ELISA - Enzyme-Linked Immunosorbent Assay
GC-FID - Gas Chromatography - Flame Ionization Detector
GC/MS - Gas Chromatography / Mass Spectrometry
IA - Immunoassay
LC-MS/MS - Liquid Chromatography Tandem Mass Spectrometry

**Terminology Index**
Cutoff - The concentration level above which the presence of a drug or drug class in the sample will be reported as Presumptive Positive or Positive.
Presumptive Positive - Preliminary unconfirmed analytical result indicating presence of drug or drug class above the applicable Cutoff.
Negative - Analytical result indicating drug or drug class not detected above the applicable Cutoff.
Positive - Confirmatory analytical result indicating presence of drug or drug class above the applicable Cutoff.