**Kimberly Covington <kimberlycovington09@yahoo.com>**  7/4/2024 7:43 AM

# Samuel Sweeley

To waechterlaw@comcast.net

---

Kimberly Covington
905 Bittersweet Rd.
Pikesville, Md. 21208
July 3,2024

Dear Honorable Chuang:
I am writing on behalf of Samuel Sweeley whom I have known his entire adult life. I became acquainted with Samuel through Giant Food. I was the first to promote him to management level. Through his efforts and perseverance Samuel quickly became my direct supervisor. I have watched and admired his commitment to his education, his diligence in supporting his elderly parents and his mentorship to the younger associates and now I am aware how important his current students are.  Samuel has always displayed outstanding and positive characteristics and because of this I have been his friend for over 20 years. I have spoken with Samuel multiple times about the irreversible impact to the victims family and he has excepted responsibility and remorse for his crime. Samuel is regretful and if given the opportunity he will continue educating our Baltimore City youth and he will include the negative effects of drugs and alcohol.

I appreciate your consideration and feel if given the opportunity Samuel will continue to be a law abiding, tax paying citizen.

Thank you,

Kimberly Covington
Sent from Yahoo Mail for iPhone