

**Anne Arundel Counseling**
MD STATE CERTIFIED

Annapolis • Bowie • Centreville • Columbia • Glen Burnie • Kent Island/Stevensville • TeleHealth/Virtual Office
410-768-5988 (p) - 410-768-5989 (f) – www.annearundelcounseling.com
Empire Towers, 7310 Ritchie Highway, Suite 1009, Glen Burnie, MD 21061

---

## DISCHARGE SUMMARY

April 19, 2024

Charles L. Waechter, Esquire – Attorney and Counselor at Law

Dear Mr. Waechter:

This report is in reference to Mr. Samuel Sweeley, a client you are representing. We have been given written consent to provide you with information concerning assessments this office provided and the progress of Mr. Sweeley as he matriculates through our program.

Please recall from our previous correspondence on April 19, 2024 that reported Mr. Sweeley was assessed utilizing the DSM-V Alcohol checklist, a Bio-Psychosocial Assessment, the Drug Abuse Screening Test, DART-10, a Substance Abuse Subtle Screening Inventory, SASSI and the Addiction Severity Index. As a result of the arrest and the severity of the charges, it was recommended he attend the state approved six-month treatment program, remain abstinent and submit to urine specimen requests.

Mr. Sweeley agreed with the recommendations and joined our state approved program. He completed his twenty-six sessions commitment in full compliance with all program requirements on July 3, 2024. We were pleased with his participation and level of motivation and interest in the program content. As we mentioned earlier, with the severity of Mr. Sweeley's charges he was a positive spokesperson to the rest of our group members, reminding them how fortunate they are not to be facing the serious consequences that he is dealing with. Additionally, he expressed remorse and regret over the situation he is facing and the suffering he caused to the family members and friends of the victim at every session.

Enclosed for your review is Mr. Sweeley's certificate of completion and a random urine specimen report that proved negative for all substances tested.

Thank you for this referral and your help with Mr. Sweeley.

Sincerely,

Charles J. Walsh, MA, BCPC, LCADC, CSOTP
State of Maryland Licensed Provider, LCA #396
Virginia Board of Psychology License #0812000216