USDC- GREENBELT
'24 AUG 1 PM 1:47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HD

UNITED STATES OF AMERICA

Rcv'd by: _____

v.

SAMUEL SWEELEY

Case No. TDC-8-23-CR-00381-001

## NOTICE OF APPEAL

Notice is hereby given that **SAMUEL SWEELEY**,
(fill in names of **all** parties who are appealing)

**defendant** in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the **judgment**
(indicate order or judgment)

entered in this case on **July 23, 2024**.

**August 1, 2024**
Date

Signature

**SAMUEL SWEELEY**
Printed Name and Bar Number

**6317 PARK HEIGHTS AVE BALTIMORE, MD 21215 #205**
Address

**samuelsweeley@gmail.com**
Email Address

**410-382-2855**
Telephone Number

Fax Number

Notice of Appeal (06/2016)