Generated: Aug 1, 2024 2:06PM                                                                 Page 1/1

# U.S. District Court

## Maryland - Greenbelt

**THIS IS A COPY**

Receipt Date: Aug 1, 2024 1:50PM

Samuel Sweeley

Rcpt. No: 2179                     Trans. Date: Aug 1, 2024 1:50PM                     Cashier ID: #JH

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                    | 1   | 605.00 | 605.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $605.00  |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.